UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GORDON KIRK KEMPPAINEN, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-08-229 |
| | § | |
| THE STATE OF TEXAS, *et al*, | § | |
| | § | |
| Respondents. | § | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Pending is respondent's motion for an extension of time to file his response (D.E. 13). No response was filed. According to the Local Rules for the Southern District of Texas, failure to file a response is taken as a representation that the party is not opposed to the granting of the relief requested. LR7.4 Accordingly, the respondent's motion (D.E. 13) is GRANTED. The response shall be filed on or before **October 20, 2008.**

ORDERED this 10th day of October, 2008.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE